The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THROUGHPUTER, INC.,

Plaintiff,

v.

MICROSOFT CORPORATION,

Defendant.

No. 2:22-cv-00492-BJR

JOINT MOTION FOR AN EXTENSION OF TIME FOR THROUGHPUTER, INC. TO RESPOND TO MICROSOFT CORPORATION'S PARTIAL MOTION TO DISMISS

Plaintiff ThroughPuter, Inc. ("Plaintiff") and Defendant Microsoft Corporation ("Defendant") hereby jointly move the Court to extend the time for Plaintiff to respond to Defendant's partial motion to dismiss as follows and for the following good cause:

On April 13, 2022, Plaintiff filed its Complaint for Patent Infringement against Defendant. Dkt. 1.  On April 18, 2022, Plaintiff filed its Notice of Related Cases, notifying the Court that the present case is related to *ThroughPuter, Inc. v. Microsoft Corporation*¸Case No. 2:22-cv-00344-BJR.  On May 10, 2022, Defendant filed a Partial Motion to Dismiss for Failure to State a Claim of Willful Infringement and Indirect Infringement (the "Motion to Dismiss").  Dkt. 13.  At present, Plaintiff's response to Defendant's Motion to Dismiss is due on or before May 31, 2022.

JOINT MOTION FOR AN EXTENSION OF TIME - 1
Civil Action No. 22-CV-00492-BJR

On May 11, 2022, the Court in *ThroughPuter, Inc. v. Microsoft Corporation*, Case No. 2:22-cv-00344-BJR directed the parties to submit a Joint Status Report addressing three issues, including "(1) Whether either party objects to the Court deferring consideration of Defendant's partial motion to dismiss pending the Court's ruling on Defendant's motion to stay;" and "(2) Whether this case should be consolidated with Plaintiff's recently filed case *ThroughPuter, Inc. v. Microsoft Corp.*, No. 2:22-cv-492-BJR." Dkt. 86. The parties submitted their Joint Status Report on May 20, 2022. Dkt. 87. Therein, the parties informed the Court that they agree that the two cases should be consolidated. *Id.* at 1. Additionally, the parties informed the Court that Defendant filed a partial motion to dismiss in No. 2:22-cv-492 raising the same issues as its partial motion to dismiss in No. 2:22-cv-344. *Id.* Importantly, the parties stated that they have "reached agreement on a way to resolve [Defendant's] two partial motions to dismiss through amendment of [Plaintiff's] complaint." *Id.* at 2.

Specifically, as explained in the Joint Status Report (No. 2:22-cv-344, Dkt. 87), Plaintiff has agreed to file a single amended pleading in the consolidated cases which omits its claims for indirect infringement without prejudice to Plaintiff's ability to seek leave to amend its complaint pending further discovery and consistent with the Court's Scheduling Order. Additionally, Plaintiff has agreed to limit its claims of willful infringement to the time of filing of both complaints in the related cases with respect to nine of the eleven asserted patents, again subject to Plaintiff's ability to seek leave to amend. Defendant did not challenge Plaintiff's pleading of claims for willful infringement of the other two asserted patents (U.S. Patent Nos. 9,632,833 and 9,424,090). *Id.* at 2. Indirect infringement and willful infringement were the only subjects of Defendant's partial motions to dismiss in both cases and, through the agreed upon approach, Defendant's partial motions to dismiss will be mooted.

JOINT MOTION FOR AN EXTENSION OF TIME - 2
Civil Action No. 22-cv-00492-BJR

LOWE GRAHAM JONES ᴾᴸᴸᶜ

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Separately, the Court currently has pending in No. 2:22-cv-344 a Motion to Stay Pending *Inter Partes* Review ("Motion to Stay") filed by Defendant. *See* Dkt. 82. Plaintiff filed its Opposition on May 9, 2022 (Dkt. 83) and Defendant filed its Reply on May 23, 2022 (Dkt. 88). In its Motion to Stay, Defendant stated that "because there is substantial overlap in parties and issues, [No. 2:22-cv-492] should be consolidated with [No. 2:22-cv-344] and also stayed." No. 2:22-cv-344, Dkt 82 at 4.

In view of the agreement of the parties about Plaintiff's filing of a consolidated amended complaint, and further in view of Defendant's pending Motion to Stay, the parties submit that good cause exists for the Court to extend the time for Plaintiff to respond to Defendant's Motion to Dismiss in No. 2:22-cv-492 until seven (7) calendar days after it rules on Defendant's Motion to Stay. The parties believe that extending the time for Plaintiff to respond to Defendant's Motion to Dismiss will conserve their and the Court's time and resources, as Plaintiff's amended pleading will obviate the issues raised in Defendant's Motion to Dismiss. At bottom, briefing and possibly deciding a motion that will be rendered moot while Defendant's Motion to Stay is pending does not benefit anyone. Instead, the Court and the parties would benefit from a ruling on the Motion to Stay, after which they will know how and when the cases are (or the consolidated case is) proceeding.

## CERTIFICATION OF CONFERRAL

Counsel for the parties have met and conferred on the extension of time proposed herein and the parties have agreed to jointly file this motion.

///

///

///

JOINT MOTION FOR AN EXTENSION OF TIME - 3
Civil Action No. 22-cv-00492-BJR

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1    DATED this 24th day of May, 2022.

2
                                                LOWE GRAHAM JONES PLLC
3
                                                /s/Lawrence D. Graham
4                                               Lawrence D. Graham, WSBA No. 25402
                                                Graham@LoweGrahamJones.com
5                                               1325 Fourth Avenue, Suite 1130
                                                Seattle, Washington 98101
6                                               T: 206.381.3300
                                                F: 206.381.3301
7
                                                Gardella Grace P.A.
8
                                                W. Cook Alciati (admitted *pro hac vice*)
9                                               80 M Street SE, 1st Floor
                                                Washington D.C. 20003
10                                              T: 703-721-8379
                                                calciati@gardellagrace.com
11
                                                Michael Dorfman
12                                              2502 North Clark Street, Suite 222
                                                Chicago, Illinois 60614
13                                              T:  703-415-9344
                                                mdorfman@gardellagrace.com
14
                                                *Attorneys for Plaintiff ThroughPuter, Inc.*
15

16                                              FISH & RICHARDSON P.C.

17                                              /s/Betty Chen
                                                Ahmed J. Davis (admitted *pro hac vice*)
18                                              adavis@fr.com
                                                FISH & RICHARDSON P.C.
19                                              1000 Maine Avenue, SW
                                                Suite 1000
20                                              Washington, DC 20024
                                                Telephone: (202) 783-5070
21
                                                John S. Goetz (admitted *pro hac vice*)
22                                              goetz@fr.com
                                                Excylyn J. Hardin-Smith (admitted *pro hac vice*)
23                                              *vice*)
                                                Hardin-Smith@fr.com
24

JOINT MOTION FOR AN EXTENSION OF TIME - 4
Civil Action No. 22-cv-00492-BJR



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070

Matthew A. Colvin (admitted *pro hac vice*)
colvin@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070

Betty Chen (WA Bar No. 57993;
CA Bar No. 290588)
bchen@fr.com
FISH & RICHARDSON P.C.
1400 112th Ave. SE, Suite 100
Bellevue, WA 98004
Telephone: (650) 839-5070

*Counsel for Defendant Microsoft
Corporation*

IT IS SO ORDERED

Honorable Barbara J. Rothstein
United States District Judge

JOINT MOTION FOR AN EXTENSION OF TIME - 5
Civil Action No. 22-cv-00492-BJR